IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN J. DIBELLO | : | CIVIL ACTION |
| | : | |
| vs. | : | NO: 13-5146 |
| | : | |
| ALPHA CENTURION SECURITY, INC. et al. | : | |

ORDER

AND NOW, this 15th day of April 2015, it having been reported that the issues between the parties in this action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE,** pursuant to agreement of counsel.

IT IS FURTHER ORDERED that Plaintiff's Motion to Amend/Correct (ECF Doc. No. 24) is **DENIED AS MOOT.**

_____
KEARNEY, J.